No. 82–2105.  McDOUGALL v. NORTH CAROLINA.  Sup. Ct. N. C.;

No. 82–6697.  SIMMONS v. ARKANSAS.  Sup. Ct. Ark.;

No. 82–6733.  MAGILL v. FLORIDA.  Sup. Ct. Fla.;

No. 82–6741.  HAYES v. ARKANSAS.  Sup. Ct. Ark.;

No. 82–6771.  FLAMER v. DELAWARE.  Sup. Ct. Del.;

No. 82–6852.  WILSON v. GEORGIA.  Sup. Ct. Ga.;

No. 82–6865.  MUHAMMAD v. FLORIDA.  Sup. Ct. Fla.;

No. 82–6870.  JEFFERS v. ARIZONA.  Sup. Ct. Ariz.;

No. 82–6876.  KUBAT v. ILLINOIS.  Sup. Ct. Ill.;

No. 82–6881.  FREE v. ILLINOIS.  Sup. Ct. Ill.;

No. 82–6915.  BASS v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.;

No. 82–6916.  BUSH v. ALABAMA.  Sup. Ct. Ala.;

No. 82–6922.  DE LA ROSA v. TEXAS.  Ct. Crim. App. Tex.;

No. 82–6923.  FORD v. STRICKLAND, WARDEN, FLORIDA STATE PRISON, ET AL.  C. A. 11th Cir.;

No. 82–6933.  PRUETT v. MISSISSIPPI.  Sup. Ct. Miss.;

No. 82–6937.  PORTER v. FLORIDA.  Sup. Ct. Fla.;

No. 82–6982.  NARCISSE v. LOUISIANA.  Sup. Ct. La.;

No. 82–6990.  PETERSON v. VIRGINIA.  Sup. Ct. Va.;

No. 83–5051.  WILLIAMS v. NORTH CAROLINA.  Sup. Ct. N. C.;

No. 83–5095.  CONNER v. GEORGIA.  Sup. Ct. Ga.;

No. 83–5145.  ARMSTRONG v. FLORIDA.  Sup. Ct. Fla.;

No. 83–5183.  DAVIS v. OKLAHOMA.  Ct. Crim. App. Okla.; and

No. 83–5227.  ADAMSON v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.  Reported below: No. 82–2105, 308 N. C. 1, 301 S. E. 2d 308; No. 82–6697, 278 Ark. 305, 645 S. W. 2d 680; No. 82–6733, 428 So. 2d 649; No. 82–6741, 278 Ark. 211, 645 S. W. 2d 662; No. 82–6771, 490 A. 2d 104; No. 82–6852, 250 Ga. 630, 300 S. E. 2d 640; No. 82–6865, 426 So. 2d 533; No. 82–6870, 135 Ariz. 404, 661 P. 2d 1105; No. 82–6876, 94 Ill. 2d 437, 447 N. E. 2d 247; No. 82–6881, 94 Ill. 2d 378, 447 N. E. 2d 218; No. 82–6915, 696 F. 2d 1154 and 705 F. 2d 121; No. 82–6916, 431 So. 2d 563; No. 82–6922, 658 S. W. 2d 162; No. 82–6923, 696 F. 2d 804; No. 82–6933, 431 So. 2d 1101; No. 82–6937, 429 So. 2d 293; No. 82–6982, 426 So. 2d 118; No. 82–6990, 225 Va. 289, 302 S. E. 2d 520; No. 83–5051,

308 N. C. 47, 301 S. E. 2d 335; No. 83–5095, 251 Ga. 113, 303 S. E. 2d 266; No. 83–5145, 429 So. 2d 287; No. 83–5183, 665 P. 2d 1186; No. 83–5227, 136 Ariz. 250, 665 P. 2d 972.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.